**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**EXQUISITE MULTIMEDIA, INC.,**

    **Plaintiff,**

        **v.**                      **Civil Action No. 11-1976 (RWR/JMF)**

**DOES 1-336,**

    **Defendants.**

### ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that plaintiff, in writing by February 10, 2012, supplement its showing regarding its good faith belief that the IP addresses identified by plaintiff belong to persons who are domiciled in the District of Columbia and that the ISPs identified by plaintiff serve the District of Columbia. It is further, hereby,

**ORDERED** that plaintiff show cause why venue is proper unless the defendant resides in the District of Columbia.

    **SO ORDERED.**

 

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE